UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINE WILLIAMS, | 17 Civ. 3847 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| METRO-NORTH RAILROAD CO., | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated June 28, 2018. The Report recommends that the Court award the plaintiff $354,780.85 in attorneys' fees.

The parties inform the Court that no objections to the Report and Recommendation will be filed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore **adopts** the Report and Recommendation and **grants** the plaintiff's motion for fees in the amount of $354,780.85.

SO ORDERED.

Dated: New York, New York
July 9, 2018

John G. Koeltl
United States District Judge