IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINE WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>METRO-NORTH RAILROAD COMPANY,<br><br>      Defendant. | Index No. 17 Civ. 3847<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for Plaintiff Shine Williams ("Plaintiff"), and Defendant Metro-North Commuter Railroad Company ("Defendant"), that the above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party against the other, and that an order to that effect be entered with notice.

New York, New York
Dated: August 14, 2018

By: _____
Kathleen Peratis, Esq.

OUTTEN & GOLDEN LLP
Kathleen Peratis
Shirley Lin
Amy Biegelsen
685 Third Avenue, 25th Floor
New York, New York  10017
(212) 245-1000
KP@outtengolden.com
SL@outtengolden.com
abiegelsen@outtengolden.com

By: _____
Eric Witkin, Esq.
LITTLER MENDELSON P.C.
900 Third Avenue
New York, New York  10022-3298
(212) 497-8487
EWitkin@littler.com

*Attorneys for Defendant*

P. David Lopez
601 Massachusetts Avenue NW
2nd Floor West Suite
Washington, DC 20001
(202) 847-4400
PDL@outtengolden.com

**TRANSGENDER LEGAL DEFENSE &
EDUCATION FUND**
Jillian T. Weiss
Donna Levinsohn
20 West 20th Street, Suite 705
New York, New York 10011
(646) 862-9396
jweiss@transgenderlegal.org
dlevinsohn@transgenderlegal.org

*Attorneys for Plaintiff*

_____
SO ORDERED:

THE HONORABLE KATHERINE POLK FAILLA
U.S. DISTRICT JUDGE PART I
August 16, 2018

2